|     |                            |                         |
| --- | -------------------------- | ----------------------- |
|     | UNITED STATES OF AMERICA,  | 2:19-CR-088-RFB-NJK     |
|     | Plaintiff,                 | **Final Order of Forfeiture** |
|     | v.                         |                         |
|     | TERRI REESE,               |                         |
|     | Defendant.                 |                         |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and 31 U.S.C. § 5317(c)(1) and 31 U.S.C. 5317(c)(2) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Terri Reese to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offense to which Terri Reese pled guilty. Information, ECF No. 3; Plea Agreement, ECF No. 5; Arraignment and Plea, ECF No. 7; Preliminary Order of Forfeiture, ECF No. 12.

This Court finds that the United States may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

The in personam criminal forfeiture money judgment amount of $51,000 complies with *Honeycutt v. United States*, ___U.S.___, 137 S. Ct. 1626 (2017).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov,

consecutively from August 4, 2019, through September 2, 2019, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 18.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

1. $3,973;
2. $11,299.99;
3. $115.79; and
4. $2,504.60

(all of which constitutes property); and

that the United States recover from Terri Reese the in personam criminal forfeiture money judgment of $51,000, and that the property will be applied toward the payment of the money judgment; and

the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); 31 U.S.C. § 5317(c)(1); 31 U.S.C. 5317(c)(2) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED November 6, 2019.

_____
HONORABLE RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE